■ LAWRENCE GOLDMAN, Appellant, v HERBERT B. EVANS, Respondent. — Judgment, Supreme Court, New York County (Ostrau, J.), entered on March 13, 1981, unanimously affirmed for the reasons stated by Ostrau, J., at Special Term, without costs and without disbursements. Concur — Kupferman, J.P., Sandler, Lupiano, Bloom and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR GONZALEZ, Appellant. — Judgment, Supreme Court, New York County (Rothwax, J., at plea and sentence; Scott, J., at suppression hearing), rendered on April 19, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J.P., Sandler, Lupiano, Bloom and Fein, JJ.

■ RAFAEL A. QUEVEDO et al., v CITY OF NEW YORK et al. (And Two Other Actions.) — Motion, insofar as it seeks reargument is denied, and insofar as it seeks leave to appeal to the Court of Appeals granted and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Murphy, P.J., Kupferman, Birns, Sandler and Fein, JJ.

■ MARIO ANDRETTI, v ROLEX WATCH, U.S.A., INC., et al. (And Another Action.) — Motion insofar as it seeks reargument denied and insofar as it seeks leave to appeal to the Court of Appeals granted and the following question certified: "Was that portion of the order of this court, which reversed the order of the Supreme Court entered on December 8, 1980, properly made?" Concur — Sandler, J.P., Ross, Carro and Silverman, JJ.

■ In the Matter of JOHN P. GREELEY, an Attorney. — Motion, insofar as it seeks to obtain the records of all accounts granted as indicated in the order of this court, and insofar as it seeks to relieve an attorney appointed to protect the interests of a former client of respondent granted. Concur — Murphy, P.J., Kupferman, Birns, Sandler and Markewich, JJ.